## ANDERSON v. RAWLS.

No. 14327—Opinion Filed Sept. 25, 1923.

(Syllabus.)

**Appeal and Error—Time for Appeal — Dismissal.**

Where a petition in error is not filed in this court until more than six months after the date the motion for a new trial was overruled, this court has no jurisdiction of the appeal, and the cause will be dismissed.

Error from County Court, Pontotoc County; Tal Crawford, Judge.

. . Action between C. G. Anderson and John Rawls. From the judgment, the former brings error. Dismissed.

King & Crawford, for plaintiff in error.

Dean & Burris, for defendant in error.

COCHRAN, J. This is a motion of defendant in error to dismiss appeal, because not filed in this court within six months from date of order appealed from.

Motion for new trial was overruled on the 15th day of November, 1922, and from this order the appeal was taken and the record filed in this court on the 16th day of May, 1923, one day after the expiration of the time in which the appeal could be filed. For that reason the appeal should be dismissed, and it is so ordered.

All the Justices concur.